UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JORDAN GILLIAM and<br>JORDAN GILLIAM,<br>On behalf of minor child, | )<br>)<br>)<br>) |
|     Plaintiff, | ) Civil Action  No. 3:24-cv-681 |
| | ) |
| v. | )<br>) |
| MADISON STEAM ACADEMY and<br>SOUTH BEND COMMUNITY SCHOOL<br>CORPORATION, | )<br>)<br>) Removed from St. Joseph Circuit Court<br>) Cause No.: 71D01-2406-CT-00313 |
|     Defendants. | ) |

**NOTICE OF REMOVAL**

Defendants, Madison Steam Academy and South Bend Community School Corporation (collectively "Defendants"), by and through counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, file their Notice of Removal of this cause to the United States District Court for the Northern District of Indiana, South Bend Division, from the St. Joseph Circuit Court. In support hereof, Defendants state:

1.      Plaintiff filed a Complaint in the St. Joseph Circuit Court on July 11, 2024. That action bears the same title as above and is docketed in the St. Joseph Circuit Court as Cause No. 71C01-2406-CT-000313 (the "State Court Action").

2.      Defendants were served with a copy of the Complaint by the St. Joseph County Sheriff no sooner than July 16, 2024, and a Summons has been returned to the St. Joseph Circuit Court.

3.      Plaintiff's Complaint in the State Court Action seeks to assert a number of claims, including claims for alleged violations of the Equal Protection Clause of the Fourteenth

1

Amendment of the United States Constitution and 42 U.S.C. § 1983. Thus, this Court has original federal question jurisdiction pursuant to 28 U.S.C. § 1331.

4.      The State Court Action is removable to this Court pursuant to 28 U.S.C. § 1441(a), which states "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

5.      Venue is proper in this district pursuant to 28 U.S.C. § 1331, as the United States District Court for the Northern District of Indiana, South Bend Division, is the District Court for the district and division encompassing St. Joseph County, Indiana. 28 U.S.C. § 94(a)(2).

6.      Pursuant to 28 U.S.C. § 1446(b)(1), notice of removal of a civil action must be filed within thirty (30) days after receipt by a defendant, through service or otherwise, of a "copy of an amended pleading, motion, order or other paper from which it may ascertained that the case is one which is or has become removable."

7.      Defendants' Notice of Removal is timely filed within thirty (30) days after having received service of the Summons and Complaint.

8.      Pursuant to 28 U.S.C. § 1446(b)(2), all defendants who have been properly joined and served consent to and join in this removal.

9.      In accordance with 28 U.S.C. § 1446(a), Defendants submits the record in the State Court Action, which consists of copy of all process, pleadings, and orders served upon such defendant or defendants in such action, organized in chronological order by the state court filing date. *See* **Exhibit 1**.

10.     In accordance with 28 U.S.C. § 1446(d), promptly after the filing of this Notice of Removal, Defendants will give written notice of this filing to all adverse parties and will file a copy of the notice with the clerk of St. Joseph Circuit Court.

11.     The undersigned counsel for Defendants verifies that the attached record in the State Court Action is complete as of the date and time of this filing for removal.

Respectfully Submitted,
*/s/ Amy Steketee Fox*
Amy Steketee Fox, Atty. # 25112-53
CHURCH CHURCH HITTLE + ANTRIM
203 W. Wayne St., Suite 402
Ft Wayne, IN 46802
Phone: (260) 399-9490
Fax: (260) 399-9491
afox@cchalaw.com

*/s/ Hannah Gahimer*
Hannah Gahimer, Atty. No. 37630-41
CHURCH CHURCH HITTLE + ANTRIM
10765 Lantern Road, Suite 201
Fishers, IN  46038
Phone: (317) 572-1609
Fax: (317) 773-5320
hgahimer@cchalaw.com

*Attorneys for South Bend Community School Corporation and Madison Steam Academy*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a copy of the foregoing was electronically filed with the Clerk of the Court using the Indiana E-Filing system ("IEFS"), on this 14th day of August, 2024:

Served via IEFS:
Brandon Hicks
Attorney, B. Hicks Law, PLLC
www.bhickslaw.com
(317) 207-2999

*/s/ Amy Steketee Fox*
Amy Steketee Fox, Atty. # 25112-53
CHURCH CHURCH HITTLE + ANTRIM
203 W. Wayne St., Suite 402
Ft Wayne, IN 46802
Phone:  (260) 399-9490
afox@cchalaw.com

*Attorney for Defendants South Bend Community*
*School Corporation and Madison Steam Academy*

4